**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
04-22-02
APR 22 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___K.C.___ DEPUTY

**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Overture Services, Inc.<br><br>PLAINTIFF(S),<br><br>v.<br><br>Google Inc.<br><br>DEFENDANT(S). | CASE NUMBER: CV 02-2812 R (JTLx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>(Related Cases) |
|---|---|

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: _____    _____George H. King_____
                                                                            United States District Judge

### TRANSFER ORDER DECLINED

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____King_____ for all further proceedings.

Dated: _____    _____Manuel L. Real_____
                                                                            United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: *This case involves different defendant & different facts giving rise to the d's alleged infringing conduct.*

Dated: __4/15/02__    _____/s/_____
                                            United States District Judge

---

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case _____CV 02-0742 GHK (Ex)_____ and the present case:

- X  A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐  B.  involve the same or substantially the same parties or property.
- ☐  C.  involve the same patent, trademark or copyright.
- X  D.  call for determination of the same or substantially identical questions of law.
- X  E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

### TRANSFER ORDER DECLINED

### NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read CV _____

This is very important because documents are routed to the assigned judges by means of these initials.

**SUBSEQUENT DOCUMENTS MUST BE FILED AT THE**  
X Western  
☐ Southern  
☐ Eastern    Division.

ENTERED ON ICMS __4/22/02__
K.C.

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CV-34 (03/02)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)