```
 1  O'DONNELL & SHAEFFER LLP
    GARY L. URWIN (State Bar No. 106436)
 2  MICHAEL R. AMERIAN (State Bar No. 207610)
    633 West Fifth Street, Suite 1700
 3  Los Angeles, California 90071
    Telephone: (213) 532-2000
 4  Fax: (213) 532-2020

 5
    WILLIAM H. FRANKEL (Pro Hac Vice Application Forthcoming)
 6  JACK C. BERENZWEIG (Pro Hac Vice Application Forthcoming)
    JASON C. WHITE (Pro Hac Vice Application Forthcoming)
 7  CHARLES M. McMAHON (Pro Hac Vice Application Forthcoming)
    BRINKS HOFER GILSON & LIONE
 8  NBC Tower - Suite 3600
    455 North Cityfront Plaza Drive
 9  Chicago, Illinois 60611
    Telephone: (312) 321-4200
10  Fax: (312) 321-4299

11

12  Attorneys for Plaintiff
    OVERTURE SERVICES, INC.
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE SERVICES, INC. A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California Corporation,<br><br>Defendants. | CASE NO. 02-2812 R (JTLx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(i) |

FILED 04-23-02

ENTERED ON ICMS  APR 23 2002

odonnellshaeffer

Dockets.Justia.co

1  TO DEFENDANT AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Overture Services, Inc., before service of an answer or motion for summary judgment by Defendant Google Inc., hereby dismisses this action without prejudice.

Dated: April 23, 2002

O'DONNELL & SHAEFFER LLP

and

BRINKS HOFER GILSON & LIONE

By: _____
MICHAEL R. AMERIAN
Attorneys for Plaintiff
OVERTURE SERVICES, INC.

-1-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. Fifth Street, Suite 1700, Los Angeles, California 90071.

On **April 23, 2002**, I served the foregoing document(s) described as **NOTICE OF DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action:

**XX** **By Placing** true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| **Google, Inc., A California Corporation** | **William H. Frankel** |
| **Paul J. Carney, Registered Agent** | **Jason C. White** |
| **2400 Bayshore Parkway** | **Charles M. McMahon** |
| **Mt. View, CA 94043** | **BRINKS HOFER GILSON & LIONE** |
| | **NBC Tower – Suite 3600** |
| | **455 North Cityfront Plaza Drive** |
| | **Chicago, Illinois 60611** |

**XX** BY MAIL; I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL SERVICE, I delivered the envelope by hand on the addressee.

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 23, 2002**, Los Angeles, California

_____
DANETTE POLCHOWSKI